RECEIVED

SEP 1 5 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RODERICK R. RIGBY | CIVIL ACTION NO. 13-CV-3252 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER, SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner of the Social Security Administration be AFFIRMED, consistent with the report and recommendation.

Lafayette, Louisiana, this _15_ day of _September_, 2015.

Rebecca F. Doherty
United States District Judge